In the Matter of the Final Judicial Settlement of the Account of Proceedings of Elsie M. Horst, as Executrix, etc., of William P. R. Horst, Deceased, Respondent; Marjorie L. Horst, an Infant, by John Kindred Gillette, Her Special Guardian, Appellant.— Decree of the Surrogate's Court of Queens county unanimously affirmed, with costs to the parties appearing and filing briefs, payable

out of the estate. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ. [148 Misc. 160.]